**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

DEREK SLOANE,

Petitioner,

-against-

MICHAEL DAYE, Superintendent,

Respondent.

--------------------------------------------------------------X

25 **CIVIL** 4583 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2026, the Court finds no clear error in Judge Reznik's thorough and well-reasoned analysis, and adopts the R&R in its entirety for the reasons set forth therein. Consequently, Respondent's motion to dismiss is GRANTED and the Petition is DISMISSED for lack of subject matter jurisdiction.; accordingly, the case is closed.

**Dated:** New York, New York

July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**